UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vadim Khizgilov, individually and on behalf of all others similarly situated;<br><br><br>          Plaintiff,<br><br><br><br><br>  -v.-<br><br><br>Gatestone & Co. International Inc.<br><br><br>         Defendant(s). | Case No: 1:21-cv-04636-KAM-MMH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT GATESTONE & CO. INTERNATIONAL INC. AND [PROPOSED] ORDER** |

  **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Gatestone & Co. International Inc., shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: December 6, 2021

           **HOROWITZ LAW, PLLC**

           /s/ *Uri Horowitz*
           By: Uri Horowitz, Esq.
           14441 70th Road
           Flushing, NY 11367
           Phone: (718) 705-8706
           uri@horowitzlawpllc.com

           *Attorneys For Plaintiff Vadim Khizgilov*

           So Ordered: Kiyo A. Matsumoto, USDJ
             12/7/2021

Dated:  December 6, 2021

**SESSIONS, ISRAEL & SHARTLE, LLC**

/s/ *Aaron R. Easley (with consent)*
By: Aaron R. Easley, Esq.
3 Cross Creek Drive
Flemington, NJ 08822
Phone: 908.237.1660
aeasley@sessions.legal

*Attorneys For Defendant Gatestone & Co.
International Inc.*

SO ORDERED:

_____
Judge, U.S. District Court
Eastern District of New York